PD-1612-15

IN THE
COURTS OF CRIMINAL APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

RACHARD RAMON ANGTON,
Appellant

V.

THE STATE OF TEXAS,
Appellee

FILED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

From Appeal No. 05-14-01038-CR
Trial Court Cause No. F-1355911-H
Dallas County, Texas

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONARABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, RACHARD RAMON ANGTON, Petitioner, and files this motion for an extension of (60) days in which to file his Petition for Discretionary Review. In support of this motion, appellant shows the court the following:

## I

The Petitioner was convicted in the Criminal District Court No. 1 of Dallas County, Texas of the offense of

-1-

murder in Cause # F-1355911-H, styled STATE OF TEXAS vs. RA-CHARD RAMON ANGTON. The Petitioner appealed to the court of appeals FIFTH DISTRICT of TEXAS at DALLAS. The case was affirmed as modified and opinion filed November 6, 2015

## II

The present deadline for filing the Petition for Discretion- ary Review is December 6, 2015. The petitioner has not requ- ested any extension prior to this request.

## III

Petitioner's request for an extention is based upon the follo- wing facts: Petitioner was not informed of the decision of the court of appeals in affirming his case until Nove- mber 9, 2015. Since that time Petitioner has been attemp- ting to gain legal representation in this matter. His attorn- ey on the appeal, Catherine Clare Bernhard, has informed Petitioner that she will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this court grant this motio- n and extend the deadline for filing the Petition for D- iscretionary Review in case # F-1355911-H to cause no. 05-14-01038-CR

RACHARD RAMON ANGTON #
Petitioner, pro se
Coffield Unit, 2661 FM 2054
Tennessee Colony, Texas 75884

## CERTIFICATE OF SERVICE

I RACHARD RAMON ANGTON, do hereby certify that a true and correct copy of above motion was delivered to the Dallas County District Clerk Gary Fitzsimmons, George L. Allen Sr. Court Building, 600 Commerce Street Ste.#103, Dallas, Texas 75202-4606, by depositing same in the United States Mail.

Rachard Ramon Angton

Richard Ramon Angton
Appellant pro-se

-3-